UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARYLAND CASUALTY COMPANY** § | | **PLAINTIFF** |
| § | | |
| V. § | Civil Action No. 1:09cv644-LG-RHW | |
| § | | |
| **ROBERT S. NESTLE, JR., MELANIE** § | | |
| **S. NESTLE, and DEBORAH** § | | |
| **HUSBAND, d/b/a RAINBOW** § | | |
| **DAYCARE & PRE SCHOOL** § | | **DEFENDANTS** |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 24th day of May, 2011.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge